
```
 1  Katherine S. Ritchey (State Bar No. 178409)
    JONES DAY
 2  555 California Street, 26th Floor
    San Francisco, CA 94104
 3  Telephone: (415) 626-3939
    Facsimile: (415) 875-5700
 4  Email:     ksritchey@jonesday.com

 5  Hollis R. Peterson (State Bar No. 254535)
    JONES DAY
 6  12265 El Camino Real
    Suite 200
 7  San Diego, CA 92130
    Telephone: (858) 314-1200
 8  Facsimile: (858) 314-1150
    Email:     hpeterson@jonesday.com
 9
    Attorneys for Defendant
10  STANDARD INSURANCE COMPANY
```

FILED
08 MAY -1 PM 4:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANDARD INSURANCE COMPANY and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. '08 CV 0801 DMS CAB<br><br>**DECLARATION OF REBECCA J. JEFFREY IN SUPPORT OF DEFENDANT STANDARD INSURANCE COMPANY'S NOTICE OF REMOVAL** |

I, Rebecca J. Jeffrey, hereby declare as follows:

1. I am over 18 years of age and I am a resident of the State of Washington. My employment address is 900 S.W. Fifth Avenue, Portland, Oregon 97204.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath except for those facts identified below as being based on information and

LAI-2945847v1

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL



belief. For the facts based on information and belief, as part of my job duties I gathered information from individuals within the company with such knowledge. Based on my investigation I believe these facts to be true and correct.

3. I make this declaration in support of Defendant Standard Insurance Company's Notice Of Removal filed on _____, 2008.

4. I have been an employee of Defendant Standard Insurance Company ("Standard") since June 3, 2005. My current position/title is Senior Paralegal.

5. Standard is an Oregon corporation, organized and existing under the laws of the State of Oregon, with its principal place of business in Portland, Oregon.

6. Standard is licensed to conduct business in 49 of the 50 United States, the District of Columbia, Guam, and the US Virgin Islands.

7. As specified in detail below, the substantial predominance of Standard's business activities occur in Oregon based on where Standard: 1) employs people; 2) generates revenue; 3) owns assets; and 4) keeps and maintains its corporate headquarters.

8. Based on information and belief, as of April 26, 2008, Standard employs 3,498 people in 34 states. 2,428 of the employees, or 69.4%, are employed in Oregon. The number of employees for each of the top five states that Standard employs people is as follows:

| | | |
|---|---|---|
| • | Oregon | 2,437 |
| • | Maine | 163 |
| • | Pennsylvania | 133 |
| • | California | 118 |
| • | New York | 110 |

9. Based on information and belief, as of December 31, 2007, the approximate percentage of sales originating in every state (calculated as a percentage of revenue generated by Standard per capita in each state) in which

LAI-2945847v1

- 2 -

DECLARATION OF REBECCA J. JEFFREY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

Standard does business is listed in the following chart. For ease of reference, the top five states (California, Florida, Oregon, Texas and Washington) are boldfaced.

| State | Percentage |
|---|---|
| Alabama | 1.02% |
| Alaska | 0.41% |
| Arizona | 2.97% |
| Arkansas | 0.33% |
| **California** | **14.99%** |
| Colorado | 5.18% |
| Connecticut | 0.92% |
| Delaware | 0.14% |
| District of Columbia | 0.48% |
| **Florida** | **5.23%** |
| Georgia | 2.80% |
| Hawaii | 0.30% |
| Idaho | 1.18% |
| Illinois | 2.14% |
| Indiana | 2.34% |
| Iowa | 0.86% |
| Kansas | 1.09% |
| Kentucky | 1.29% |
| Louisiana | 1.36% |
| Maine | 0.25% |
| Maryland | 1.07% |
| Massachusetts | 2.25% |
| Michigan | 1.52% |
| Minnesota | 1.72% |
| Mississippi | 0.26% |
| Missouri | 3.12% |

| | |
|---|---|
| Montana | 0.33% |
| Nebraska | 0.26% |
| Nevada | 0.75% |
| New Hampshire | 0.37% |
| New Jersey | 1.09% |
| New Mexico | 0.53% |
| New York | 0.17% |
| North Carolina | 1.48% |
| North Dakota | 0.19% |
| Ohio | 2.98% |
| Oklahoma | 1.42% |
| **Oregon** | **9.98%** |
| Pennsylvania | 2.22% |
| Rhode Island | 0.18% |
| South Carolina | 0.96% |
| South Dakota | 0.06% |
| Tennessee | 0.96% |
| **Texas** | **9.31%** |
| Utah | 1.23% |
| Vermont | 0.21% |
| Virginia | 1.21% |
| **Washington** | **7.62%** |
| West Virginia | 0.18% |
| Wisconsin | 0.84% |
| Wyoming | 0.10% |

10.  Based on information and belief, as of December 31, 2007, Standard owns real property with a total book value of $40,997,831. This property is located

in only two states, with approximately 99% located in Oregon. The book value of this property in each state is as follows:

| | | |
|---|---|---|
| • | Oregon | $40,571,020.00 |
| • | Georgia | $426,811.00 |

11. Based on information and belief, as of December 31, 2007, Standard owns computer hardware, artwork, copiers, furniture, personal computers, telephones, and other office equipment (hereinafter "Personal Property") purchased at a total cost of $58,702,351. 90% of that Personal Property, or $53,034,540, is located in Oregon. The purchase price of this Personal Property for each of the top five states in which Standard owns such property is as follows:

| | | |
|---|---|---|
| • | Oregon | $53,034,540.00 |
| • | Maine | $ 1,246,256.00 |
| • | California | $ 994,215.00 |
| • | Pennsylvania | $ 559,929.00 |
| • | Texas | $ 544,571.00 |

12. Standard's executive and administrative functions are located at its headquarters in Oregon. The headquarters in Oregon contain the entire finance, accounting, purchasing, treasury, marketing, information systems, internal audit, and legal departments and conducts most of the administrative, training, claims processing/handling, and human resources functions. Oregon is the base from which strategies, procedures, and marketing to obtain all of the income described above is determined.

13. The location of Standard's principal point of contact for dealing with the public is Portland, Oregon. Standard's Public Affairs and Communications departments are located at its headquarters in Portland, Oregon.

///

///

///

1     I declare under penalty of perjury under the laws of Oregon, California and
2 the United States of America that the foregoing is true and correct.
3     Executed this 29th day of April, 2008, in Portland, Oregon.

*Rebecca J. Jeffrey* (signature)
Rebecca J. Jeffrey
Senior Paralegal for Defendant
Standard Insurance Company

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAI-2945847v1

- 6 -

DECLARATION OF REBECCA J. JEFFREY
IN SUPPORT OF DEFENDANT'S NOTICE
OF REMOVAL