Katherine S. Ritchey (State Bar No. 178409)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: ksritchey@jonesday.com

Hollis R. Peterson (State Bar No. 254535)
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
Telephone: (858) 314-1200
Facsimile: (858) 314-1150
Email: hpeterson@jonesday.com

Attorneys for Defendant
STANDARD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT,<br><br>    Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE COMPANY and DOES 1 through 50,<br><br>    Defendants. | Case No. '08 CV 0801 DMS CAB<br><br>**CERTIFICATE OF SERVICE** |

LAI-2945516v1

CERTIFICATE OF SERVICE

1  Cynthia Xavier certifies and declares as follows:

2  I am over the age of 18 years and not a party to this action.

3  My business address is 12265 El Camino Real, Suite 200, San Diego,
4  California 92130, which is located in the city, county and state where the mailing
5  described below took place.

6  On May 1, 2008, I deposited in the United States Mail at San Diego,
7  California, a copy of the:

8     1    Notice of Removal OF Civil Action Under 28 U.S.C. §1441
9     2    Declaration of Rebecca J. Jeffrey In Support of Defendant Standard
10         Insurance Company's Notice of Removal.
11    3    Notice of Related Cases
12    4    Corporate Disclosure Statement Pursuant to FRCP 7.1 of Defendant
13         Standard Insurance Company

15  dated May 1, 2008, a copy of which is attached to this Certificate.

17  Brooks L. Iler, Esq.
    Virgil A. Iler, esq.
18  Iler & Iler, LLP
    13400 Pomerado Road
19  Poway, CA 920064

21  I declare under penalty of perjury that the foregoing is true and correct.
22  Executed on May 1, 2008.

24  */s/ Cynthia Xavier*
    Cynthia Xavier