Katherine S. Ritchey (State Bar No. 178409)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: ksritchey@jonesday.com

Hollis R. Peterson (State Bar No. 254535)
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
Telephone: (858) 314-1200
Facsimile: (858) 314-1150
Email: hpeterson@jonesday.com

Attorneys for Defendant
STANDARD INSURANCE COMPANY

FILED
08 MAY -1 PM 4: 13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT,<br><br>  Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE COMPANY and DOES 1 through 50,<br><br>  Defendants. | Case No. '08 CV 0801 DMS CAB<br><br>NOTICE OF RELATED CASES |

LAI-2945820v1                                   NOTICE OF RELATED CASES

1  TO THE CLERK AND HONORABLE JUDGES OF THE UNITED STATES
2  DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:
3        PLEASE TAKE NOTICE that Standard Insurance Company ("Standard") is
4  not aware of any case arising from the same or substantially identical transactions,
5  happenings or events or calling for a determination of the same or substantially
6  identical questions of fact and/or law as the above entitled matter, nor is Defendant
7  currently aware of any other case likely to entail substantial duplication of labor, if
8  heard by different judges.
9
10  Dated: May 1, 2008                        Jones Day
11
12                                          By: /s/ Hollis Peterson
                                            Hollis Peterson
13
                                            Attorney for Defendant
14                                              STANDARD INSURANCE
                                            COMPANY

15
16
17
18
19
20
21
22
23
24
25
26
27
28