Katherine S. Ritchey (State Bar No. 178409)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: ksritchey@jonesday.com

Hollis R. Peterson (State Bar No. 254535)
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
Telephone: (858) 314-1200
Facsimile: (858) 314-1150
Email: hpeterson@jonesday.com

Attorneys for Defendant
STANDARD INSURANCE COMPANY

FILED
08 MAY -1 PM 4:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT,<br><br>  Plaintiff,<br><br>  v.<br><br>STANDARD INSURANCE COMPANY and DOES 1 through 50,<br><br>  Defendants. | Case No. '08 CV 0801 DMS CAB<br><br>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 OF DEFENDANT STANDARD INSURANCE COMPANY |

Pursuant to the Corporate Disclosure Statement provisions in Fed. R. Civ. P. 7.1, Standard Insurance Company makes the following disclosure:

Standard Insurance Company is not a publicly traded corporation. Standard Insurance Company is a wholly owned subsidiary of StanCorp Financial Group, Inc., which is a publicly traded corporation.

No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of the litigation.

LAI-2947182v1

Corporate Disclosure Statement of Defendant
Standard Insurance Company