1  Katherine S. Ritchey (State Bar No. 178409)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
4  Email: ksritchey@jonesday.com

5  Hollis R. Peterson (State Bar No. 254535)
   JONES DAY
6  12265 El Camino Real
   Suite 200
7  San Diego, CA 92130
   Telephone: (858) 314-1200
8  Facsimile: (858) 314-1150
   Email: hpeterson@jonesday.com
9
   Attorneys for Defendant
10 STANDARD INSURANCE COMPANY

FILED
08 MAY -1 PM 4: 13
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECC    DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DAVID FELT,

    Plaintiff,

v.

STANDARD INSURANCE COMPANY and DOES 1 through 50,

    Defendants.

Case No. '08 CV 0801 DMS CAB

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LAI-2945516v1

CERTIFICATE OF SERVICE OF NOTICE
TO ADVERSE PARTY OF REMOVAL TO
FEDERAL COURT