1  Shawn Hanson (State Bar No. 109321)
   shanson@jonesday.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:     (415) 875-5700

6  Attorneys for Defendant
   STANDARD INSURANCE COMPANY
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  **DAVID FELT,**                    | **Case No. 3:08-cv-801 DMS (CAB)**

12              **Plaintiff,**          | **NOTICE OF APPEARANCE**

13       **v.**

14  **STANDARD INSURANCE COMPANY;**
    **and DOES 1 through 50,**

15
              **Defendant.**
16

17

18       Shawn Hanson and Katherine S. Ritchey of Jones Day San Francisco hereby enter their

19  appearances as attorneys of record for defendant STANDARD INSURANCE COMPANY.

20

21  Dated: May 9, 2008                  JONES DAY

22                                      By:  /s/ - Katherine S. Ritchey
                                             Shawn Hanson
23                                           Katherine S. Ritchey

24                                      Attorneys for Defendant
                                        STANDARD INSURANCE COMPANY
25

26

27

28