| | |
|---|---|
| 1 | Shawn Hanson (State Bar No. 109321) |
| | shanson@jonesday.com |
| 2 | Katherine S. Ritchey (State Bar No. 178409) |
| | ksritchey@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone:    (415) 626-3939 |
| 5 | Facsimile:    (415) 875-5700 |
| 6 | Attorneys for Defendant |
| | STANDARD INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT, | Case No. 3:08-cv-801 DMS (CAB) |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| STANDARD INSURANCE COMPANY; and DOES 1 through 50, | |
| Defendant. | |

SFI-583934v1

PROOF OF SERVICE
3:08-cv-801 DMS (CAB)

## PROOF OF SERVICE

I, Ruth A. Chavez, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 9, 2008, I served a copy of the within document(s):

**NOTICE OF APPEARANCE**
**(of Shawn Hanson and Katherine S. Ritchey)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Brooks L. Iler
Iler & Iler LLP
13400 Pomerado Road
Poway, CA 92064
E-Mail: brooks@ilerlaw.com, admin@ilerlaw.com

I electronically notified the above listed counsel by Electronic Court Filing Notice at the email address(es) listed above on May 9, 2008.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2008, at San Francisco, California.

_____
Ruth A. Chavez