1  Hollis R. Peterson (State Bar No. 254535)
   JONES DAY
2  12265 El Camino Real
   Suite 200
3  San Diego, CA 92130
   Telephone: (858) 314-1200
4  Facsimile: (858) 314-1150
   Email:     hpeterson@jonesday.com
5
   Attorneys for Defendant
6  STANDARD INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID FELT,                              | Case No. 08 CV 0801 DMS CAB
12 |              Plaintiff,                   | **NOTICE OF APPEARANCE**
13 |    v.                                    |
14 | STANDARD INSURANCE                        |
   | COMPANY and DOES 1 through 50,            |
15 |                                           |
   |              Defendants.                  |
16 |                                           |

17
        Hollis R. Peterson of Jones Day San Diego hereby enter her appearance as
18
   attorney of record for Defendant STANDARD INSURANCE COMPANY.
19

20 Dated: May 16, 2008              Jones Day

21

22                                  By: /s/ Hollis R. Peterson
                                        Hollis R. Peterson
23
                                    Attorney for Defendant
24                                  STANDARD INSURANCE
                                    COMPANY
25

26

27

28

LAI-2950263v1                                              NOTICE OF APPEARANCE

**PROOF OF SERVICE**

I, Cynthia J. Xavier, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 200, San Diego, California 92130. On May 16, 2008, I served a copy of the within document(s):

**NOTICE OF APPEARANCE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

Brooks L. Iler
Iler & Iler LLP
13400 Pomerado Road
Poway, CA 92065
E-Mail: brooks@ilerlaw.com, admin@ilerlaw.com

I electronically notified the above listed counsel by electronic court Filing Notice at the email address(es) listed above on May 16, 1008.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 16, 2008, at San Diego, California.

*/s/ Cynthia J. Xavier*
Cynthia J. Xavier

LAI-2950263v1

- 2 -

PROOF OF SERVICE