1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10

11  DAVID FELT,                                    Civil No.    08cv801 DMS (CAB)

                                    Plaintiff,
12                                                 **ORDER FOLLOWING EARLY**
                                                   **NEUTRAL EVALUATION**
13            v.                                   **CONFERENCE, SETTING RULE 26**
                                                   **COMPLIANCE AND NOTICE OF**
    STANDARD INSURANCE COMPANY; and               **CASE MANAGEMENT**
14  DOES 1 through 50,                             **CONFERENCE**

15                                  Defendants.

16

17          On June 9, 2008, the Court held an Early Neutral Evaluation Conference.  The case did

18  not settle.  Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule

19  26 immediately thereafter.  Based thereon, IT IS HEREBY ORDERED:

20          1.      Any objections made to initial disclosure pursuant to Federal Rule of Civil

21  Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the

22  initial disclosure process.  Any further objections to initial disclosure will be resolved as required

23  by Rule 26.

24          2.      The Rule 26(f) conference shall be completed on or before **June 18, 2008**;

25          3.      The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before

26  **July 2, 2008**;

27          4.      A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before

28  **July 2, 2008**; and,

5.      A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **July 8, 2008**, at **9:00 a.m.**  The conference shall be telephonic, with attorneys only.  Counsel for Defendants shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

DATED:  June 9, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

08cv801