1    Brooks L. Iler, SBN 99020
     Virgil A. Iler ,SBN 158460
2    ILER & ILER, LLP
     13400 Pomerado Road
3    Poway, CA 92064
     Telephone (858) 413-1551
4    Facsimile  (858) 413-1553

5    Attorneys for Plaintiff DAVID FELT

6

7    Katherine S. Ritchey, SBN 178409
     JONES DAY
     555 California Street, 26th Floor
8    San Francisco, CA 94104
     Telephone (415)626-3939
9    Facsimile  (415) 875-5700

10   Hollis R. Peterson (State Bar No. 254535)
     JONES DAY
11   12265 El Camino Real, Suite 200
     San Diego, CA  92130
12   Telephone:  (858) 314-1200
     Facsimile:  (858) 314-1150
13   Email:        hpeterson@jonesday.com

14   Attorneys for Defendant
     STANDARD INSURANCE COMPANY

15

16                UNITED STATES DISTRICT COURT

17             SOUTHERN DISTRICT OF CALIFORNIA

18

19   DAVID FELT,                 **Case No.  08 CV 0801 DMS CAB**

20           Plaintiff,

21        v.                        **JOINT DISCOVERY PLAN**

22   STANDARD INSURANCE
     COMPANY and DOES 1 through 50,
23

24           Defendants.

25   The parties hereby submit the following joint discovery plan:

26       **I.**      **Introduction**

27

28         This is a long-term disability case originally filed by plaintiff in state court alleging breach

1    of contract and bad faith. Defendant removed to federal court and the parties were instructed to

2    lodge a Discovery Plan by July 2, 2008.

3    **II.    Documents**

4    a.    The parties have assembled the Administrative Record (insurance claims file)

5    pursuant to the Court's Order following the Early Neutral Evaluation Conference.

6    b.    Defendant served its Initial Disclosure on June 27, 2008, pursuant to Rule

7    26(a)(1)(A-D) as required by the Court's Order following the Early Neutral Evaluation

8    Conference, Settling Rule 26 Compliance.

9    c.    Plaintiff served his Initial Disclosure on July 1, 2008, as required by the Court's

10   Order and pursuant to Rule 26(a)(1)(A-D) following the Early Neutral Evaluation Conference,

11   Settling Rule 26 Compliance.

12   **III.   Mediation**

13   The parties are discussing the possibility of an early settlement conference before

14   beginning extensive discovery.

15   **IV.   Discovery**

16   The parties anticipate deposing the plaintiff, claims personnel, supervisors, medical

17   providers, medical evaluators and vocational rehabilitation specialists who have been identified in

18   the documents that have been exchanged through their respective Initial Disclosures, and other

19   persons as appropriate based upon further discovery and analysis.

20   Plaintiff anticipates propounding the following discovery: Plaintiff may need to propound

21   interrogatories to ascertain the last known addresses and/or whereabouts of the persons identified

22   in the documents. Plaintiff may need to depose a person or persons most qualified from

23   Defendant Company. Plaintiff may need to propound interrogatories, request for admissions and

24   additional document discovery regarding Defendant's denial and claims handling policies and

25   procedures.

26   Defendant anticipates propounding the following discovery: Defendant plans to propound

27   written discovery relating to the allegations of the complaint, and to depose the plaintiff.

28   Defendant will depose medical providers or other persons with knowledge of plaintiff's medical

condition or other information relevant to his contract or tort claims.

**V.    Deadlines**

The parties propose that at the telephonic Status Conference, the Magistrate Judge set dates in accordance with the following deadlines agreed upon by the parties:

        a.     Deadline for completion of fact discovery: January 1, 2009;

        b.     Expert Designation: January 15, 2009;

        c.     Expert Rebuttal Designation: February 15, 2009;

        d.     Deadline for hearing dispositive motions:  March 15, 2009; and

        e.     Trial Date: June 1, 2009.

Dated:  June 30, 2008                    **ILER & ILER, LLP**

                              By:    /s/ Brooks L. Iler

                                   Brooks L. Iler
                                   Attorney for Plaintiff
                                   DAVID FELT

Dated:  June 30, 2008                    **JONES DAY**

                              By:    /s/ Katherine S. Ritchey
                                   Katherine S. Ritchey
                                   Attorney for Defendant
                                   STANDARD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I, Hollis R. Peterson, declare:

I am a citizen of the United States and employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 12265 El Camino Real, Suite 200, San Diego, CA 92130. On June 30, 2008, I served a copy of the JOINT DISCOVERY PLAN by electronic transmission.

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

> Brooks L. Iler, Esq.
> Virgil A. Iler, Esq.
> ILER & ILER LLC
> 13400 Pomerado Road
> Poway, CA 92064
> Telephone: (858) 413-1551
> Facsimile: (858) 413-1553
>
> Attorneys for Plaintiff DAVID FELT

Executed on June 30, 2008, at Los Angeles, California.

/s/
_____
Hollis R. Peterson