UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FELT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD INSURANCE COMPANY and DOES 1 through 50,<br><br>　　　　　Defendants. | Civil No.   08cv0801-DMS (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On September 2, 2008, Brooks Iler, counsel for Plaintiff, contacted the Court and represented that the case has settled.  Accordingly, IT IS HEREBY ORDERED:

1. The Mandatory Settlement Conference currently scheduled for September 8, 2008 shall be VACATED.

2. A Joint Motion for Dismissal shall be electronically filed on or before **October 8, 2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Dana M. Sabraw, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

///

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* § h, for the chambers' official email address and procedures on emailing proposed orders.

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before October 8, 2008, then a Settlement Disposition Conference shall be held on **October 9, 2008**, at **1:30 p.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before October 8, 2008, the Settlement Disposition Conference shall be vacated.

DATED: September 2, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge